IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JUAN ESTRADA                                                                 PETITIONER

v.                  NO. 2:05CV00321 SWW
                   NO. 2:06CV00165 SWW

LINDA SANDERS, Warden, FCI                              RESPONDENT
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Juan Estrada in this proceeding, and his complaint filed in 2:06CV00165, are denied and dismissed; all requested relief is denied. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE