# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JUAN ESTRADA                                                                                   PETITIONER

v.                          NO. 2:05CV00321 SWW
                            NO. 2:06CV00165 SWW

LINDA SANDERS, Warden, FCI                                                           RESPONDENT
Forrest City, Arkansas

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that these consolidated cases, 2:05CV00321 SWW and 2:06CV00165 SWW, are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of November, 2006.


                                                        /s/Susan Webber Wright

                                                        UNITED STATES DISTRICT JUDGE